IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES EVERETT SHELTON, | : |
| Plaintiff, | : Civil Action No. 22-CV-01457 |
| v. | : |
| BIZLENDER, LLC, | : |
| Defendant. | : |

ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

Kindly enter the appearance of Susan Verbonitz, Esquire of Weir Greenblatt Pierce LLP, as counsel of record for Defendant BizLender, LLC in the above-captioned matter.

        WEIR GREENBLATT PIERCE LLP

        By: s/ Susan Verbonitz
        Susan Verbonitz, Esquire
        Attorney I.D. No. 47015
        The Widener Building, Suite 500
        1339 Chestnut Street
        Philadelphia, PA 19107
        (215) 665-8181
        sverbonitz@wgpllp.com
        Attorneys for BizLender, LLC

Date: April 28, 2022

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES EVERETT SHELTON, | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 22-CV-01457 |
| v. | : | |
| | : | |
| BIZLENDER, LLC, | : | |
| | : | |
| Defendant. | : | |

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Entry of Appearance on behalf of Defendant BizLender, LLC was filed electronically and served upon the following on April 28, 2022, by U.S. First Class Mail:

James Everett Shelton
316 Covered Bridge Road
King of Prussia, PA  19406
Jeshelton595@gmail.com


s/ Susan Verbonitz
Susan Verbonitz, Esquire

Date:  April 28, 2022