APPENDIX G

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

JAMES EVERETT SHELTON

V.

BIZLENDER, LLC

Civil Action
No: 2:22-CV-01457

DISCLOSURE STATEMENT FORM

Please check one box:

[✓] The nongovernmental corporate party, BIZLENDER, LLC, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

[ ] The nongovernmental corporate party, _____, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

04/28/2022
Date

*Susan Verbonitz*
Signature

Counsel for: BIZLENDER LLC

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**
    (a)    WHO MUST FILE; CONTENTS. A nongovernmental corporate party must file two copies of a disclosure statement that:
          (1)    identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or

          (2)    states that there is no such corporation.

    (b)    TIME TO FILE; SUPPLEMENTAL FILING. A party must:
          (1)    file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court; and
          (2)    promptly file a supplemental statement if any required information changes.